## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Nationwide Mutual Insurance Company,   Civil No. 11-3353 (RHK/LIB)

      Plaintiff,   **ORDER**

vs.

David Hochmayr, Katy Hochmayr, Nautibeach Condos, John Geddie,

      Defendants.

---

    This matter is venued in the Fifth Division.

    All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: November 16, 2011

                                      s/Richard H. Kyle
                                      RICHARD H. KYLE
                                      United States District Judge