UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Nationwide Mutual Insurance Company,          Civil No. 11-3353 (RHK/LIB)

         Plaintiff,          **ORDER**

v.

David Hochmayr, John Geddie

         Defendants.

_____

Pursuant to the parties' Stipulation of Dismissal (Doc. No. 10), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** with respect to Defendant John Geddie, without costs or disbursements to either party.

Dated: February 10, 2012

         s/Richard H. Kyle
         RICHARD H. KYLE
         United States District Judge